UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Pinero | : | Notice of Motion to Stay |
| | : | Habeas Proceedings |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | Docket No. 01-CV-09991 |
| Greiner, | : | (DLC)(DFE) |
| | : | |
| Respondents. | : | |

PLEASE TAKE NOTE THAT, on the attached motion papers, counsel for Petitioner will move this Court for an Order Staying habeas proceedings until Petitioner's claim that trial counsel was ineffective during plea negotiations is exhausted on the 31st day of March 2006, or as soon there after as counsel may be heard for an Order Staying habeas proceedings.

Dated: March 7, 2006
Albany, NY 12206

                                                                                                    _____
                                                                                                    Attorney for Petitioner
                                                                                                    Damond J. Carter, Esq.

**BY ECF & FIRST CLASS MAIL**

cc:   Mary Jo. L. Blanchard, A.D.A.
        Appeals Bureau
        Bronx County District Attorney
        198 East 161st Street
        Bronx, NY 10451