SUPREME COURT OF THE STATE OF NEW YORK,
APPELLATE DIVISION, FIRST JUDICIAL DEPARTMENT

| | |
|---|---|
| The People of the State of New York, | Notice of Motion for Leave to Appeal Denial of Petitioner's Motion to Vacate Judgment of Conviction |
| Respondent-Plaintiff, | |
| v. | Indict. No. 810/96 |
| WILLIAM PINERO, | |
| Petitioner-Defendant. | |

PLEASE TAKE NOTE THAT on the attached motion papers, Petitioner will move this Court for Leave to Appeal the trial court's denial of Petitioner's Motion to Vacate Judgment of Conviction, where trial counsel was ineffective, on the 19th Day of May 2006 at 10:00 a.m. or as soon thereafter as Petitioner may be heard.

_____
Attorney for Petitioner
Damond J. Carter, Esq.
P.O. Box 6365
Albany, NY 12203
(973) 395-9777

cc:  Mary Jo L. Blanchard, A.D.A
     Appeals Bureau
     Bronx County District Attorney's Office
     198 East 161st Street
     Bronx, NY 10451

RECEIVED
APR 26 2006
APPELLATE DIVISION, SUPREME
COURT, FIRST DEPARTMENT