**MANDATE**

S.D.N.Y.-N.Y.C.
01-cv-9991
Cote, J.
Eaton, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 11th day of June, two thousand eight,

Present:
    Hon. Pierre N. Leval,
    Hon. Guido Calabresi,
    Hon. Rosemary S. Pooler,
        *Circuit Judges.*



William Pinero,

    *Petitioner-Appellant,*

v.                               07-4355-pr

Charles Greiner,

    *Respondent-Appellee.*

Appellant, through counsel, moves for a certificate of appealability. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because Appellant has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c); *Miller-El v. Cockrell,* 537 U.S. 322 (2003).

                                      FOR THE COURT:
                                      Catherine O'Hagan Wolfe, Clerk

                                      By: _____

A TRUE COPY
Thomas Asreen, Acting Clerk
by _____
    Deputy Clerk

Issued as Mandate: JUL 21 2008